8782.   TRAMMELL *v.* GRIFFITH IMPLEMENT COMPANY.

</div>

LUKE, J. Upon the petition for certiorari and the answer thereto, it was not error to overrule the certiorari.

<div align="center">

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED NOVEMBER 1, 1917.

</div>

Certiorari; from Fulton superior court—Judge Bell. March 24, 1917.

*McClelland & McClelland,* for plaintiff in error.

*Troutman & Troutman,* contra.